```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION

IN RE: NICHOLAS MACK WHITE AND   {  CHAPTER 13
       TARA RANA WHITE,          {
                                 {
       DEBTOR(S)                 {  CASE NO. R19-40310-PWB
                                 {
                                 {  JUDGE BONAPFEL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The amended Chapter 13 plan filed May 10, 2019 fails to indicate the proposed change(s) to Section(s) 2.1 at the top right of the form, possibly rendering those changes ineffective. General Order No. 21-2017.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                            _____/s/_____
                                            Brandi L. Kirkland, Attorney
                                            for Chapter 13   Trustee
                                            GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com

R19-40310-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

NICHOLAS MACK WHITE
312 PETERS STREET
CALHOUN, GA 30701-2720

TARA RANA WHITE
312 PETERS STREET
CALHOUN, GA 30701-2720

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 15th day of May 2019


_____/s/_____
Brandi L. Kirkland, Attorney
State Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com